UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARKEISHA GANT,

    Plaintiff,

v.                                          Case No: 2:21-cv-87-JLB-MRM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

The Magistrate Judge has entered a Report and Recommendation, recommending that Plaintiff's Unopposed Petition for EAJA Fees Pursuant to 28 U.S.C. 2412(d) (Doc. 32) be granted in part. (Doc. 33.) No party has objected and the time to do so has expired. A district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Id. Here, after an independent review of the record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation (Doc. 33) is **ADOPTED**.

2. Plaintiff's Unopposed Petition (Doc. 32) is **GRANTED IN PART** to the extent that the Court awards Plaintiff $7,639.50 in attorney's fees. It

    is **DENIED** to the extent it seeks any relief different or greater than this Order grants.

3.  The Clerk is **DIRECTED** to enter judgment accordingly.

**ORDERED** at Fort Myers, Florida, on July 5, 2022.

                _____
                JOHN L. BADALAMENTI
                UNITED STATES DISTRICT JUDGE